GAMBLE v. GIBSON, *Appellant.*

Referee's Report. There is no evidence in the record showing that defendant rendered any service for which, under the report of the referee and the judgment of the court below, he has not received adequate and complete compensation. The report of the referee is supported by the evidence and should not be disturbed.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED

This was a suit brought by the heirs of Hamilton R. Gamble against Chas. Gibson to recover the balance of the proceeds of certain sales of real estate made by Gibson under a power of attorney from plaintiffs. The contest in the case related to a claim made by defendant for compensation for services in laying off and subdividing the property and selling portions of it, and in procuring the opening of a thoroughfare and the extension of a line of street cars from the city to the property, and in otherwise handling it in such a manner as greatly to enhance its value. The case was referred to a referee, who allowed defendant for his services $3,313.80, instead of $16,600 as claimed by defendant. Upon the incoming of the referee's report, judgment was rendered for plaintiff for the amount found to be in defendant's hands less the allowance made by the referee. From this judgment defendant appealed

---

*This syllabus is taken from 7 Mo. App. 574.

to the St. Louis court of appeals, where the judgment was affirmed, and from this latter judgment defendant appealed to this court.

*E. T. Farish* for appellant.

*Martin & Lackland* for respondents.

HENRY. J.—All concurring, the judgment of the court of appeals is affirmed.